UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COVVES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-03307-JMS-TAB |
| ) | |
| BIGMOUTH INC., ) | |
| BIGMOUTH LLC., ) | |
| ) | |
| Defendants. ) | |

**TRIAL SETTING AND NOTICE OF FINAL PRETRIAL CONFERENCE**

This cause is hereby set for a Jury Trial before Judge Jane Magnus-Stinson on **October 26, 2020 at 9:00 a.m.** in Room 307 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

A Final Pretrial Conference is also set for **September 30, 2020 at 9:00 a.m.** in Room 307 of the Birch Bayh Federal Building and U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Counsel are reminded of the required pretrial preparation deadlines set forth in the case management plan dkt. [36].

Counsel are further reminded to review the undersigned's Practices and Procedures, available at dkt. [6].

Date: September 19, 2019

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Stephen McArthur
MCARTHUR LAW FIRM PC
stephen@smcarthurlaw.com

Edward B. Mulligan, V
COHEN & MALAD LLP
emulligan@cohenandmalad.com

Morgan T. Nickerson
K&L Gates, LLP
Morgan.Nickerson@klgates.com

Paul B. Overhauser
OVERHAUSER LAW OFFICES, LLC
poverhauser@overhauser.com