# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

|  |  |
|---|---|
| COVVES, LLC, | ) Case No. 1:18-cv-03307-JMS-TAB |
| Plaintiff, | ) |
| v. | ) |
| BIGMOUTH INC., an Indiana Corporation; and BIGMOUTH LLC., an Indiana Limited Liability Company | ) |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Comes now Plaintiff Covves, LLC and Defendants BigMouth Inc. and BigMouth LLC, by counsel, jointly move the Court to enter the attached Agreed Protective Order.

Respectfully submitted,

/s/ *Stephen McArthur*
Stephen C. McArthur (pro hac vice)
THE MCARTHUR LAW FIRM, PC
11400 W. Olympic Blvd., Ste. 200
Los Angeles, CA 90064
stephen@smcarthurlaw.com
Tel. (323) 639-4455

*Attorneys for Plaintiff*
*Covves, LLC*

/s/ *Morgan Nickerson*
Morgan Nickerson (pro hac vice)
K&L GATES LLP
1 Lincoln St.
Boston, MA 02111
morgan.nickerson@klgates.com
Tel. (617) 261-3100

*Attorneys for Defendants*
*BigMouth Inc. and BigMouth LLC*

Dated: September 24, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed and served electronically via ECF filing with the U.S. District Court for the Southern District of Indiana, Indianapolis Division, this 24th day of September 2019, to the following:

Morgan Nickerson (pro hac vice)
K&L GATES LLP
1 Lincoln St.
Boston, MA 02111
morgan.nickerson@klgates.com
(617) 261-3100

/s/ *Stephen McArthur*
Stephen C. McArthur (pro hac vice)
THE MCARTHUR LAW FIRM, PC
11400 W. Olympic Blvd., Ste. 200
Los Angeles, CA 90064
stephen@smcarthurlaw.com
Tel. (323) 639-4455