## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| COVVES, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>BIGMOUTH INC., an Indiana Corporation; and BIGMOUTH LLC., an Indiana Limited Liability Company | Case No. 1:18-cv-03307-JMS-TAB |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Covves, LLC ("Covves") and Defendants BigMouth Inc. and BigMouth LLC (together, "Defendants") hereby stipulate as follows:

1. Covves and Defendants have entered into a confidential settlement agreement providing for payment of certain sums by Defendants to Covves, the last of which is due approximately two years from January 7, 2020.

2. Upon payment in full of the sums owing to Covves by Defendants, Covves agrees to the voluntary dismissal with prejudice of any and all claims against Defendants that have been asserted in this case.

1

3. The parties have agreed that until such time as the final payment is completed, the Court shall retain jurisdiction to enforce the settlement agreement and the parties shall agree to dismiss the action without prejudice.

4. Each party will bear its own attorneys' fees and costs.

| | |
|---|---|
| ____/s/Stephen McArthur_____ <br> Stephen C. McArthur (pro hac vice) <br> THE MCARTHUR LAW FIRM, PC <br> 11400 W. Olympic Blvd., Ste. 200 <br> Los Angeles, CA 90064 <br> stephen@smcarthurlaw.com <br> Tel. (323) 639-4455 <br><br> *Attorneys for Plaintiff* <br> *Covves, LLC* | _____/s/Morgan Nickerson___ <br> Morgan Nickerson (pro hac vice) <br> K&L GATES LLP <br> 1 Lincoln St. <br> Boston, MA 02111 <br> morgan.nickerson@klgates.com <br> Tel. (617) 261-3100 <br><br> *Attorneys for Defendants* <br> *BigMouth Inc. and BigMouth LLC* |

Dated: January 8, 2020