IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COVVES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BIGMOUTH INC., an Indiana Corporation; and BIGMOUTH LLC., an Indiana Limited Liability Company | Case No. 1:18-cv-03307-JMS-TAB |

Joint Stipulation of Dismissal Without Prejudice acknowledged [48].
   CJ JMS on 01/10/2020
Distribution via CM/ECF.

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Covves, LLC ("Covves") and Defendants BigMouth Inc. and BigMouth LLC (together, "Defendants") hereby stipulate as follows:

1. Covves and Defendants have entered into a confidential settlement agreement providing for payment of certain sums by Defendants to Covves, the last of which is due approximately two years from January 7, 2020.

2. Upon payment in full of the sums owing to Covves by Defendants, Covves agrees to the voluntary dismissal with prejudice of any and all claims against Defendants that have been asserted in this case.

1